RASHAD DALE MITCHELL
— V —
BARRY GORMLEY.
J.T. EARLS LAW.
JENNIFER EARL.
IN THEIR OFFICIAL AND PERSONAL CAPACITIES.

JUNE 20, 2025

ON THE ABOVE DATE 29TH OF APRIL 2025 THE PLAINTIFF SUBJECT TO A CRIMINAL ACT (COERCION AND INTIMIDATION), TO A VIOLATION OF HIS CIVIL RIGHTS (RIGHT TO LIFE), (WRONGFUL INCARCERATION) AND (DUE PROCESS). THE DEFENDANT(S) HAVING BEEN INFORMED OF THE WRONGFUL INCARCERATION AT THE WILLIAMSON COUNTY JAIL DUE TO JURISDICTION AND LACK OF PROBABLE CAUSE. ALTHOUGH THE FORMER IS THE (CENTER POINT OF THE CLAIM). THE DEFENDANT(S) INEFFECTIVENESS PREVENTED, PROLONGED AND EVENTUALLY BINDED THE CLAIMANT TO A CRIMINAL SENTENCE OUT OF A DISTRICT COURT ROOM HE WAS ILLEGALLY CONVICTED IN.

ALL THE FOREGOING ARE TRUE UNDER THE PENALTY OF PERJURY IN THE COURT OF LAW.

THE PLAINTIFF SEEKS $160,000.00 ONE HUNDRED AND SIXTY THOUSAND DOLLARS FOR PUNITIVE DAMAGES.

APPLICATION TO PROCEED IN FORMA PAUPERIS

COMES NOW THE PLAINTIFF WITH NO MONEY AND REQUESTS THE WAIVER OF FILING FEES.

ALL THE FOREGOING ARE TRUE UNDER THE PENALTY OF PERJURY IN COURT OF LAW.

[signature]    6-20-25

RASHAD DALE MITCHELL
P.O. BOX 2119
GEORGETOWN, TEXAS 78627