## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**RASHAD DALE MITCHELL**      §
**#25210122**      §
      §
**V.**      §      **A-25-CV-01032-ADA**
      §
**BARRY GORMLEY, et al.**      §


## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

It is finally **ORDERED** that this case is **CLOSED**.

SIGNED on July 2, 2025.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE